IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **EDDIE DEAN WEST** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 3:09-CV-428 |
| | ) |
| | ) |
| **WILKINSON REAL ESTATE** | ) |
| **ADVISORS, INC., STEVEN D. BELL** | ) |
| **& COMPANY,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter came before the Court upon Plaintiff's and Bell Partners, Inc.'s Joint Motion for Court Review and Approval of Settlement and Dismissal of Case With Prejudice Against Only Bell Partners Inc. (f/k/a Steven D. Bell & Company). The Court has reviewed the Motion and concludes that the terms of the settlement are fair and reasonable. Accordingly, the Joint Motion for Court Review and Approval of Settlement and Dismissal of Case With Prejudice Against Only Bell Partners Inc. is **GRANTED**, and Plaintiff's claims against only Bell Partners, Inc. are **DISMISSED** with prejudice. Plaintiff's claims against Wilkinson Real Estate Advisors, Inc. remain in dispute and are not dismissed at this time. Defendant Bell Partners Inc. shall pay Plaintiff's attorney's fees and expenses in the amount previously agreed to by the parties in the private settlement agreement.

ENTER:

s/ Thomas W. Phillips
UNITED STATES DISTRICT JUDGE