IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| EDDIE DEAN WEST, <br><br> Plaintiff, <br><br> v. <br><br> WILKINSON REAL ESTATE ADVISORS, INC., STEVEN D. BELL & COMPANY, <br><br> Defendants. | Civil Action No. 3:09-cv-428 |

SCANNED
By:_____ Date:_____

## ORDER

This matter came before the Court upon the Joint Motion for Court Review and Approval of Settlement and Dismissal of Case with Prejudice by plaintiff and defendant Wilkinson Real Estate Advisors, Inc. ("WREA"). The Court has reviewed the Motion and concludes that the terms of the settlement are fair and reasonable. Accordingly, the Joint Motion for Court Review and Approval of Settlement and Dismissal of Case with Prejudice is GRANTED, and plaintiff's claims against WREA are DISMISSED WITH PREJUDICE. As the Court previously entered an Order approving the voluntary dismissal of plaintiff's claims against defendant Steven D. Bell & Co. (Dkt. No. 14), the Clerk is directed to close the case. WREA shall pay plaintiff's attorney's fees and expenses in the amount previously agreed to by the parties in their settlement agreement. The parties will bear their own costs.

This 29th day of July, 2010.

*Thomas H. Phillips*
UNITED STATES DISTRICT JUDGE